STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. QUINN BRYANT, DEFENDANT–RESPONDENT.

Argued November 27, 1989—Decided December 21, 1989.

*Marijean Raffetto Stevens,* Deputy Atty. Gen., argued the cause for appellant (*Peter N. Perretti, Jr.,* Atty. Gen. of New

Jersey, attorney; *John M. Holliday,* Deputy Atty. Gen., on the brief).

*Alan Dexter Bowman* argued the cause for respondent.

PER CURIAM.

The State has appealed to this Court as of right by virtue of a partial dissent in the Appellate Division. *Rule* 2:2–1(a)(1). So much of the Appellate Division's judgment as vacated defendant's sentence is reversed, substantially for the reasons expressed in Judge Muir's dissenting opinion, reported at 237 *N.J.Super.* 102 (1988).

*For affirmance*—None.

*For reversal*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.